# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 16, 2011

**INDICTMENT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| ANGEL JAVIER VARON CASTRO (1) | : | 46 U.S.C. §§ 70503(a), 70506(b) |
| aka "Gordo" | : | (Conspiracy to Distribute and Possess with |
| | : | Intent to Distribute Five Kilograms or |
| | : | More of Cocaine on Board a Vessel Subject |
| | : | to the Jurisdiction of the United States) |
| LUIS DELIO HERRERA ASTUDILLO (2) | : | |
| aka "Lucho" | : | |
| | : | 46 U.S.C. §§ 70503(a) |
| HUGO HERNAN RAMIREZ GALVIS (3) | : | (Distribute and Possess With Intent to |
| | : | Distribute Five Kilograms or More of |
| | : | Cocaine on Board a Vessel Subject |
| EUSEBIO WEBSTER ARCHBOLD (4) | : | to the Jurisdiction of the United States) |
| aka "June" | : | |
| | : | 46 U.S.C. § 70507 |
| NUMAR ANDRES HOYOS MILLAN (5) | : | (Forfeiture) |
| | : | |
| GABRIEL MARTINEZ PACHECHO (6) | : | 18 U.S.C. § 2 |
| aka "Zapada" | : | (Aiding and Abetting) |
| | : | |
| | : | |
| Defendants | : | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

From in or about September 2009 and continuing thereafter up to and including the date of this indictment, the exact dates being unknown to the Grand Jury, in Colombia, and elsewhere,

which is outside of the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States, the defendants, ANGEL JAVIER VARON CASTRO, aka "Gordo," LUIS DELIO HERRERA ASTUDILLO, aka "Lucho," HUGO HERNAN RAMIREZ GALVIS, EUSEBIO WEBSTER ARCHBOLD, aka "June," NUMAR ANDRES HOYOS MILLAN, GABRIEL MARTINEZ PACHECHO, aka "Zapata," and others unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to knowingly and intentionally distribute and possess with intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a) and 70506 and Title 18, United States Code, Section 2.

> (Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine on Board a Vessel Subject to the Jurisdiction of the United States in violation of Title 46, United States Code, Sections 70503(a) and 70506, and Title 18, United States Code, Section 2)

### COUNT TWO

On or about February 22, 2010, in Colombia, and elsewhere, which is outside of the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States, the defendants, ANGEL JAVIER VARON CASTRO, aka "Gordon," LUIS DELIO HERRERA ASTUDILLO, aka "Lucho," HUGO HERNAN RAMIREZ GALVIS, EUSEBIO WEBSTER ARCHBOLD, aka "June," NUMAR ANDRES HOYOS MILLAN, GABRIEL MARTINEZ PACHECHO, aka "Zapata," and others unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, in violation of Title 46,

United States Code, Sections 70503 and Title 18, United States Code, Section 2.

>(Distribute and Possess With Intent to Distribute Five Kilograms or More of Cocaine on Board a Vessel Subject to the Jurisdiction of the United States in violation of Title 46, United States Code, Sections 70503 and Title 18, United States Code, Section 2)

### COUNT THREE

On or about April 12, 2010, in Colombia, and elsewhere, which is outside of the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States, the defendants, ANGEL JAVIER VARON CASTRO, aka "Gordo," LUIS DELIO HERRERA ASTUDILLO, aka "Lucho," HUGO HERNAN RAMIREZ GALVIS, EUSEBIO WEBSTER ARCHBOLD, aka "June," NUMAR ANDRES HOYOS MILLAN, GABRIEL MARTINEZ PACHECHO, aka "Zapata," and others unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States: to knowingly and intentionally distribute and possess with intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503 and 70506 and Title 18, United States Code, Section 2.

>(Distribute and Possess With Intent to Distribute Five Kilograms or More of Cocaine on Board a Vessel Subject to the Jurisdiction of the United States in violation of Title 46, United States Code, Sections 70503 and Title 18, United States Code, Section 2)

### FORFEITURE ALLEGATION

The violations alleged in Count One are re-alleged and incorporated by reference.

As a result of the offense alleged in Count One, the defendants named in Count One of this indictment shall forfeit to the United States, pursuant to Title 46, United

States Code, Section 70507, any and all respective right, title, or interest which such defendants may have in (1) any and all money and /or property constituting, or derived from any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Count One of this Indictment; and (2) any and all property used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Count One of this Indictment.

If any of said forfeitable property, as a result of any act or omission of the defendants, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970 and Title 46, United States Code, Section 70507 )

A TRUE BILL:

_____
FOREPERSON

_____
ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
Department of Justice
Washington, D.C.

By: _____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
1400 New York Avenue N.W.
Washington, D.C. 20005
202-514-1286
paul.laymon@usdoj.gov